AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

NOV 19 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Fernando MIRELES Jr | ) | Case No. M-19-2831-M |
| DOB: 12-23-1981 | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2019__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 157.5 kilograms of marijuana, a Schedule I controlled substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

Approved by Robert L. __ AUSA

_Complainant's signature_

Jaimie Scott, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 11/19/19 - 8:40 a.m.

City and state: McAllen, Texas

_Judge's signature_

Juan Alanis, U.S. Magistrate Judge
_Printed name and title_

## ATTACHMENT

On November 18, 2019 at approximately 2:00 a.m., Border Patrol Agents (USBP) patrolling the La Rosita area of Rio Grande City, Texas observed several individuals on the Mexican side of the U.S/Mexico border. USBP Agents watched several of the previously observed subjects carry the bundles believed to contain narcotics into the United States through an area commonly known for smuggling activity.

While the bundle shaped objects were being crossed into the United States, USBP Agents also observed a grey sedan drive south towards the area where the subjects where crossing. USBP Agents then observed the subjects load some of the bundle shaped objects into the rear seat of the grey sedan. USBP Agents approached the subjects and the grey sedan and identified themselves as USBP Agents. At this point the subjects dropped the some of the bundles near the vehicle and ran back to the Mexican side of the border. While the other subjects fled the area, the driver of the grey sedan, later identified as Fernando MIRELES Jr, drove away. Shortly thereafter, MIRELES abandoned the vehicle in some brush near the La Rosita Fire Department where USBP Agents found the vehicle.

Inside the vehicle USBP Agents observed two bundle shaped objects in the rear seat. USBP Agents were able to seize three additional bundles, appearing to match the bundles in the rear seat, close to the road. The bundles found contained approximately 157.5 kilograms of marijuana, a schedule I controlled substance.

At this time, USBP Agents were able to locate MIRELES near the site of the abandoned grey sedan. MIRELES was placed under arrest and advised him of Constitutional rights. MIRELES waived his rights and admitted to transporting the marijuana, a schedule I controlled substance. MIRELES indicated he has agreed to transport the narcotics in exchange of $1,500.00 U.S. dollars. MIRELES also admitted to driving the grey sedan that contained the bundles with the intent to deliver the narcotics to another location.